PD-1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 3:32:27 PM
Accepted 4/27/2015 3:33:16 PM
ABEL ACOSTA
CLERK



# NICHOLAS "NICO" LaHOOD

## Criminal District Attorney

Bexar County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

April 27, 2015

April 28, 2015

ABEL ACOSTA, CLERK

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin TX 78711

  Re: State v. Jon Thomas Ford, No. PD-1396-14

Dear Mr. Acosta:

  I have received notice that this case is being submitted to the court on May 20, 2015, at 9:00 a.m. I will appear on that date and present oral argument.


      Very truly yours,

       /s/ Jay Brandon


copy: Cynthia Orr, whitecollarlaw@gmail.com


Paul Elizondo Tower  ✳  101 W. Nueva Street, 4th Floor  ✳  San Antonio, Texas 78205-3030
(210) 335-2311
For Victim Assistance call (210) 335-2105